THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

                Plaintiff,

   v.

THE NIELSEN COMPANY (US), LLC;
GRACENOTE, INC.; JOHN DOES 1-10,

                Defendants.

No. 3:23-cv-06150-TMC

**NOTICE OF APPEARANCE**

*(Clerk's Action Required)*

TO:        Clerk of the Court;

AND TO:   ALL COUNSEL OF RECORD.

      PLEASE TAKE NOTICE that without waiving any defenses, the undersigned herewith appear as attorneys for Defendants The Nielsen Company (US), LLC and Gracenote, Inc. and request that any and all further pleadings or notices of any nature whatsoever, except original process, be served upon the undersigned at the address below stated.

//

//

//

NOTICE OF APPEARANCE – 1
No. 3:23-cv-06150−TMC

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2          *s/ Blake Marks-Dias*
           Blake Marks-Dias, WSBA No. 28169
3
4          *s/ Victoria E. Ainsworth*
           Victoria E. Ainsworth, WSBA No. 49677
5          CORR CRONIN LLP
           1015 Second Avenue, Floor 10
6          Seattle, Washington 98104
           (206) 625-8600 Phone
7          (206) 625-0900 Fax
           bmarksdias@corrcronin.com
8          tainsworth@corrcronin.com

9
           *s/ Cardelle Bratton Spangler*
10         Cardelle Bratton Spangler *(Pro Hac Vice Application Forthcoming)*
11
           WINSTON & STRAWN LLP
12         35 West Wacker Drive
           Chicago, IL 60601
13         (312) 558-5600 Phone
           (312) 558-5700 Fax
14         CSpangler@winston.com

15
           *s/ Whitney Williams*
16         Whitney Williams *(Pro Hac Vice Application Forthcoming)*
17
           WINSTON & STRAWN LLP
18         333 S. Grand Avenue, 38th Floor
           Los Angeles, CA 90071-1543
19         (213) 615-1700 Phone
           (213) 615-1750 Fax
20         WhWilliams@winston.com

21         *Attorneys for Defendants*
22
23
24
25

NOTICE OF APPEARANCE – 2
No. 3:23-cv-06150−TMC