HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

    Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,

    Defendants.

No. 3:23-cv-06150

**DEFENDANTS THE NIELSON COMPANY (US), LLC AND GRACENOTE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants The Nielsen Company (US), LLC and Gracenote, Inc. hereby disclose the following:

1. The Nielsen Company (US), LLC, a Delaware limited liability corporation, is a wholly owned, indirect subsidiary of TNC (US) Holdings, a New York corporation. TNC (US) Holdings is a wholly owned subsidiary of Nielsen Holdings plc, a publicly traded company. There is no parent corporation or publicly held corporation that holds 10% or more of Nielsen Holdings plc's stock. Defendant The Nielsen Company (US) LLC's affiliates are as follows: ACNielsen Corporation, ACN Holdings Inc., VNU Marketing Information, Inc., TNC (US) Holdings, Inc., VNU International B.V., Nielsen Holding and Finance B.V., The Nielsen Company B.V., Valcon Acquisition B.V., Nielsen Holdings Limited, Neptune BidCo

DEFENDANTS' CORPORATE DISCLOSURE
STATEMENT– Page 1
3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

US Inc., Neptune Intermediate LLC, Neptune Intermediate Holdco LLC, Neptune Parent Topco LLC, Elliott Metron Aggregator L.P., BCP VI Audience Holdings L.P., BBP Audience Holdings LP, BSI Audience Holdings LP, Purple Green Investment Pte. Ltd. and The WindAcre Partnership Master Fund LP.

    2.    Gracenote, Inc. is a wholly owned subsidiary of The Nielsen Company (US), LLC.

DATED: February 1, 2024.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

Whitney Williams, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT– Page 2
3:23-cv-06150

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900