HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN FRANKS,<br><br>      Plaintiff,<br><br> v.<br><br>THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,<br><br>      Defendants. | No. 3:23-cv-06150<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**(PROPOSED)** |

**PROPOSED ORDER**

  Having read and considered Defendants The Nielsen Company (US), LLC and Gracenote, Inc.'s Motion to Dismiss Plaintiff Justin Franks' fifth and sixth counts for relief pursuant to Federal Rule of Civil Procedure 12(b)(6), the pleadings and papers filed in support of and in response to the Motion, and good cause appearing, IT IS HEREBY ORDERED THAT the Motion is GRANTED and Plaintiff's fifth and sixth counts are dismissed with prejudice.

  **IT IS SO ORDERED**

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  
2        DATED this _____ day of March 2024.

3

4  
                                    _____
5                                   HON. TIFFANY M. CARTWRIGHT

6   Presented by:

7   CORR CRONIN LLP

8

9   *s/ Blake Marks-Dias*_____
    Blake Marks-Dias, WSBA No. 28169
10  Victoria E. Ainsworth, WSBA No. 49677
    1015 Second Avenue, Floor 10
11  Seattle, Washington 98104
    (206) 625-8600 Phone
12  (206) 625-0900 Fax
    bmarksdias@corrcronin.com
13  tainsworth@corrcronin.com

14  
    Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
15  WINSTON & STRAWN LLP
    35 West Wacker Drive
16  Chicago, IL 60601
    (312) 558-5600 Phone
17  (312) 558-5700 Fax
    CSpangler@winston.com

18  Whitney Williams, *Admitted Pro Hac Vice*
    WINSTON & STRAWN LLP
19  333 S. Grand Avenue, 38th Floor
    Los Angeles, CA 90071-1543
20  (213) 615-1700 Phone
    (213) 615-1750 Fax
21  WhWilliams@winston.com

22  *Attorneys for Defendants*

23

24

25

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - Page 2