1                                    HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN FRANKS, <br><br> Plaintiff, <br><br> v. <br><br> THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10, <br><br> Defendants. | No. 3:23-cv-06150 <br><br> **DEFENDANTS THE NIELSEN COMPANY (US), LLC AND GRACENOTE, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants The Nielsen Company (US), LLC and Gracenote, Inc. hereby disclose the following:

1.       Defendant The Nielsen Company (US) LLC's affiliates are as follows: ACNielsen Corporation, ACN Holdings Inc., VNU Marketing Information, Inc., TNC (US) Holdings, Inc., VNU International B.V., Nielsen Holding and Finance B.V., The Nielsen Company B.V., Valcon Acquisition B.V., Nielsen Holdings Limited, Neptune BidCo US Inc., Neptune Intermediate LLC, Neptune Intermediate Holdco LLC, Neptune Parent Topco LLC, Elliott Metron Aggregator L.P., BCP VI Audience Holdings L.P., BBP Audience Holdings LP, BSI Audience Holdings LP, Purple Green Investment Pte. Ltd. And The WindAcre Partnership Master Fund LP.

DEFENDANTS' AMENDED CORPORATE
DISCLOSURE STATEMENT– Page 1
3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2          2.      Gracenote, Inc. is a wholly owned subsidiary of The Nielsen Company (US),

3     LLC.

4          DATED:  February 16, 2024.

5                                          CORR CRONIN LLP

6                                          *s/ Blake Marks-Dias*
7                                          Blake Marks-Dias, WSBA No. 28169
                                           Victoria E. Ainsworth, WSBA No. 49677
8                                          1015 Second Avenue, Floor 10
                                           Seattle, Washington  98104
9                                          (206) 625-8600 Phone
                                           (206) 625-0900 Fax
10                                         bmarksdias@corrcronin.com
                                           tainsworth@corrcronin.com
11

12                                         Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
13                                         WINSTON & STRAWN LLP
                                           35 West Wacker Drive
14                                         Chicago, IL 60601
                                           (312) 558-5600 Phone
15                                         (312) 558-5700 Fax
                                           CSpangler@winston.com
16
                                           Whitney Williams, *Admitted Pro Hac Vice*
17                                         WINSTON & STRAWN LLP
                                           333 S. Grand Avenue, 38th Floor
18                                         Los Angeles, CA 90071-1543
                                           (213) 615-1700 Phone
19                                         (213) 615-1750 Fax
                                           WhWilliams@winston.com
20
                                           *Attorneys for Defendants*
21

22

23

24

25

DEFENDANTS' AMENDED CORPORATE
DISCLOSURE STATEMENT– Page 2
3:23-cv-06150