HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

                Plaintiff,

    v.

THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,

                Defendants.

No. 3:23-cv-06150

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT**

**NOTE ON CALENDAR:
March 19, 2024**

      The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On March 8, 2024, Plaintiff filed his First Amended Complaint ("FAC"). Defendants' deadline to respond to the FAC was therefore March 22, 2024. The parties met and conferred on March 17, 2024, and stipulate to moving Defendants' deadline to respond to the FAC to March 29, 2024.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT – Page 1 (Case No. 3:23-cv-06150 TMC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

SO STIPULATED this 19th day of March, 2024.

| | |
|---|---|
| SHISHIDO TAREN GOLDSWORTHY | CORR CRONIN LLP |
| | |
| s/ Jordan A. Taren | s/ Blake Marks-Dias |
| Jordan A. Taren, WSBA No. 50066 | Blake Marks-Dias, WSBA No. 28169 |
| 705 Second Avenue, Suite 1500 | Victoria E. Ainsworth, WSBA No. 49677 |
| Seattle, WA 98104 | 1015 Second Avenue, Floor 10 |
| (206) 622-1604 Phone | Seattle, WA 98104 |
| jtaren@shishidotaren.com | (206) 625-8600 Phone |
| | (206) 625-0900 Fax |
| *Attorneys for Plaintiff* | bmarksdias@corrcronin.com |
| | tainsworth@corrcronin.com |
| | |
| | *Attorneys for Defendants* |
| | |
| STOWELL & FRIEDMAN, LTD. | WINSTON & STRAWN LLP |
| | |
| s/ Linda D. Friedman | s/ Cardelle Bratton Spangler |
| Linda D. Friedman ((Admitted *PHV*) | Cardelle Bratton Spangler (Admitted *PHV*) |
| 303 W. Madison Street, Suite 2600 | 35 West Wacker Drive |
| Chicago, IL 60606 | Chicago, IL 60601 |
| (312) 431-0888 Phone | (312) 558-5600 Phone |
| (312) 431-0228 Fax | (312) 558-5700 Fax |
| lfriedman@sfltd.com | CSpangler@winston.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| | WINSTON & STRAWN LLP |
| | |
| | s/ Whitney Williams |
| | Whitney Williams (Admitted *PHV*) |
| | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue, 38th Floor |
| | Los Angeles, CA 90071-1543 |
| | (213) 615-1700 Phone |
| | (213) 615-1750 Fax |
| | WhWilliams@winston.com |
| | |
| | *Attorneys for Defendants* |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT – Page 2 (Case No. 3:23-cv-06150 TMC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

_____
HONORABLE TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT – Page 3 (Case No. 3:23-cv-06150 TMC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900