HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

                 Plaintiff,

   v.

THE NIELSEN COMPANY (US), LLC;
GRACENOTE, INC.; JOHN DOES 1-10,

                 Defendants.

No. 3:23-cv-06150

**STIPULATED MOTION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANT TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

NOTE ON MOTION CALENDAR:
March 28, 2024

## STIPULATION

The parties to this action, by and through their undersigned counsel, respectfully submit this joint motion as follows: On March 8, 2024, Plaintiff filed his First Amended Complaint ("FAC").

1. On March 20, 2024, the Court granted Defendants' motion to extend their responsive pleading deadline from March 22, 2024, to March 29, 2024.

2. In both his original Complaint and First Amended Complaint, Plaintiff informed the Court and Defendants that: "Plaintiff has filed a charge of discrimination with the Equal Employment Opportunity Commission. Plaintiff will amend this Complaint to add

Stipulated Motion for Leave to Amend and to Extend Deadline
3:23-cv-06150
Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Title VII claims once he has received his Right to Sue." Dkt. 15 at 15; *see* Dkt. 1 at 14. On March 20, 2024—before Defendants' response to the First Amended Complaint was Due—the Equal Employment Opportunity Commission granted Plaintiff a Right to Sue.

3. Thereafter, Plaintiff's counsel informed Defendants' counsel that Plaintiff intends to seek leave to file a Second Amended Complaint for the purpose of adding exhausted Title VII claims. The parties conferred and Defendants consent to Plaintiff amending the Complaint to add said claims. Pursuant to Local Rule 15, a redline version of the Second Amended Complaint is appended hereto.

4. Any responsive pleading Defendants would file on March 29 likely would be mooted or would need to be amended in light of the Second Amended Complaint. In order to avoid the time and expense associated with such a filing, Defendants respectfully request that this Court extend the March 29 deadline to (i) twenty-one (21) days following the Court's grant of Plaintiff's motion or (ii) seven (7) days following the Court's denial of Plaintiff's motion. The parties conferred and Plaintiff consents to Defendants' request for extension.

Respectfully submitted this 28th day of March 2024:

STOWELL & FRIEDMAN, LTD.

/s/ Linda Friedman
Linda D. Friedman ((Admitted *PHV*)
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com


Jordan A. Taren, WSBA No. 50066
SHISHIDO TAREN GOLDSWORTHY
705 Second Avenue, Suite 1500

CORR CRONIN LLP

/s/ Blake Mark-Dias
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1    Seattle, WA  98104 | |
|       (206) 622-1604 Phone | Cardelle Bratton Spangler, *Admitted Pro Hac* |
| 2    jtaren@shishidotaren.com | *Vice* |
| 3    *Attorneys for Plaintiff* | WINSTON & STRAWN LLP |
| | 35 West Wacker Drive |
| 4 | Chicago, IL 60601 |
| | (312) 558-5600 Phone |
| 5 | (312) 558-5700 Fax |
| | CSpangler@winston.com |

Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

---

Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

THIS MATTER having come before the Court on the agreed motion of the parties, the Court GRANTS Plaintiff leave to file his Second Amended Complaint to add his exhausted Title VII claims and to extend the March 29 deadline to (i) twenty-one (21) days following the Court's grant of Plaintiff's motion or (ii) seven (7) days following the Court's denial of Plaintiff motion. Defendants and Plaintiff met and conferred and jointly agree to this motion.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
HONORABLE TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone

Stipulated Motion for Leave to Amend and to Extend Deadline
3:23-cv-06150
Page 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1 | (312) 558-5700 Fax
CSpangler@winston.com

2

3 | Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
4 | 333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
5 | (213) 615-1700 Phone
(213) 615-1750 Fax
6 | WhWilliams@winston.com

7

*Attorneys for Defendants*

8

STOWELL & FRIEDMAN, LTD.

9

/s/ Linda Friedman
10 | Linda D. Friedman ((Admitted *PHV*)
303 W. Madison Street, Suite 2600
11 | Chicago, IL  60606
(312) 431-0888 Phone
12 | (312) 431-0228 Fax
lfriedman@sfltd.com

13

SHISHIDO TAREN GOLDSWORTHY

14

Jordan A. Taren, WSBA No. 50066
15 | 705 Second Avenue, Suite 1500
Seattle, WA  98104
16 | (206) 622-1604 Phone
jtaren@shishidotaren.com

17

18 | *Attorneys for Plaintiff*

Stipulated Motion for Leave to Amend and to Extend Deadline
3:23-cv-06150
Page 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900