1

HONORABLE TIFFANY M. CARTWRIGHT

2

3

4

5

6

7        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                   AT TACOMA

9    JUSTIN FRANKS,

                                    No. 3:23-cv-06150
10                      Plaintiff,

                                    **STIPULATED MOTION FOR**
11       v.                         **PLAINTIFF TO FILE SECOND**
                                    **AMENDED COMPLAINT AND FOR**
12   THE NIELSEN COMPANY (US), LLC; **DEFENDANT TO EXTEND DEADLINE**
     GRACENOTE, INC.; JOHN DOES 1-10, **TO FILE RESPONSIVE PLEADING**
13
                        Defendants.
14                                  NOTED ON MOTION CALENDAR:
                                    March 28, 2024
15

16                    **STIPULATION**

17        The parties to this action, by and through their undersigned counsel, respectfully

18   submit this joint motion as follows: On March 8, 2024, Plaintiff filed his First Amended

19   Complaint ("FAC").

20        1.    On March 20, 2024, the Court granted Defendants' motion to extend their

21   responsive pleading deadline from March 22, 2024, to March 29, 2024.

22        2.    In both his original Complaint and First Amended Complaint, Plaintiff

23   informed the Court and Defendants that: "Plaintiff has filed a charge of discrimination with

24   the Equal Employment Opportunity Commission. Plaintiff will amend this Complaint to add

25

Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Title VII claims once he has received his Right to Sue." Dkt. 15 at 15; *see* Dkt. 1 at 14. On March 20, 2024—before Defendants' response to the First Amended Complaint was Due— the Equal Employment Opportunity Commission granted Plaintiff a Right to Sue.

3.     Thereafter, Plaintiff's counsel informed Defendants' counsel that Plaintiff intends to seek leave to file a Second Amended Complaint for the purpose of adding exhausted Title VII claims. The parties conferred and Defendants consent to Plaintiff amending the Complaint to add said claims. Pursuant to Local Rule 15, a redline version of the Second Amended Complaint is appended hereto.

4.     Any responsive pleading Defendants would file on March 29 likely would be mooted or would need to be amended in light of the Second Amended Complaint.  In order to avoid the time and expense associated with such a filing, Defendants respectfully request that this Court extend the March 29 deadline to (i) twenty-one (21) days following the Court's grant of Plaintiff's motion or (ii) seven (7) days following the Court's denial of Plaintiff's motion.  The parties conferred and Plaintiff consents to Defendants' request for extension.

Respectfully submitted this 28th day of March 2024:

STOWELL & FRIEDMAN, LTD.                    CORR CRONIN LLP


/s/ Linda Friedman                                      /s/ Blake Mark-Dias
Linda D. Friedman ((Admitted *PHV*)           Blake Marks-Dias, WSBA No. 28169
303 W. Madison Street, Suite 2600              Victoria E. Ainsworth, WSBA No. 49677
Chicago, IL  60606                                      1015 Second Avenue, Floor 10
(312) 431-0888 Phone                                Seattle, Washington 98104
(312) 431-0228 Fax                                    (206) 625-8600 Phone
lfriedman@sfltd.com                                   (206) 625-0900 Fax
                                                               bmarksdias@corrcronin.com
                                                               tainsworth@corrcronin.com
Jordan A. Taren, WSBA No. 50066
SHISHIDO TAREN GOLDSWORTHY
705 Second Avenue, Suite 1500


Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    Seattle, WA  98104
(206) 622-1604 Phone
2    jtaren@shishidotaren.com               Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
3    *Attorneys for Plaintiff*                   WINSTON & STRAWN LLP
35 West Wacker Drive
4                                    Chicago, IL 60601
(312) 558-5600 Phone
5                                    (312) 558-5700 Fax
6                                    CSpangler@winston.com
7                                    Whitney Williams, *Admitted Pro Hac Vice)*
8                                    WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
9                                    Los Angeles, CA 90071-1543
(213) 615-1700 Phone
10                                   (213) 615-1750 Fax
WhWilliams@winston.com
11
                                  *Attorneys for Defendants*
12

Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 3

2248 00001 oc28b428pp

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## ORDER

THIS MATTER having come before the Court on the agreed motion of the parties, the Court GRANTS Plaintiff leave to file his Second Amended Complaint to add his exhausted Title VII claims and to extend the March 29 deadline to (i) twenty-one (21) days following the Court's grant of Plaintiff's motion or (ii) seven (7) days following the Court's denial of Plaintiff motion. Defendants and Plaintiff met and conferred and jointly agree to this motion.

IT IS SO ORDERED.

DATED this 29th day of March, 2024.

_____

Tiffany M. Cartwright
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone

Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    (312) 558-5700 Fax
     CSpangler@winston.com
2

3    Whitney Williams, *Admitted Pro Hac Vice)*
     WINSTON & STRAWN LLP
4    333 S. Grand Avenue, 38th Floor
     Los Angeles, CA 90071-1543
5    (213) 615-1700 Phone
     (213) 615-1750 Fax
6    WhWilliams@winston.com

7
     *Attorneys for Defendants*
8
     STOWELL & FRIEDMAN, LTD.
9
     /s/ Linda Friedman
10   Linda D. Friedman ((Admitted *PHV*)
     303 W. Madison Street, Suite 2600
11   Chicago, IL  60606
     (312) 431-0888 Phone
12   (312) 431-0228 Fax
     lfriedman@sfltd.com
13
     SHISHIDO TAREN GOLDSWORTHY
14
     Jordan A. Taren, WSBA No. 50066
15   705 Second Avenue, Suite 1500
     Seattle, WA  98104
16   (206) 622-1604 Phone
     jtaren@shishidotaren.com
17

18   *Attorneys for Plaintiff*

19

20

21

22

23

24

25

Stipulated Motion for Leave to
Amend and to Extend Deadline
3:23-cv-06150
Page 5