HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN FRANKS,<br><br>                Plaintiff,<br><br>v.<br><br>THE NIELSEN COMPANY (US), LLC;<br>GRACENOTE, INC.; JOHN DOES 1-10,<br><br>                Defendants. | No. 3:23-cv-06150<br><br>**STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>NOTE ON MOTION CALENDAR:<br>April 18, 2024 |

## **STIPULATION**

The parties to this action, by and through their undersigned counsel, respectfully stipulate to the following: On April 2, 2024, Plaintiff filed his Second Amended Complaint ("SAC"). Pursuant to the Court's March 29, 2024 Order, Defendants' responsive pleading deadline is twenty-one days after March 29, 2024, which is April 19, 2024. Defendants require a short extension of time from the April 19 deadline to adequately prepare their response to the SAC. Defendants request a short extension through and including May 3, 2024 for that purpose. Plaintiff does not oppose this stipulation. This stipulation is not for the purpose of delay and will not affect any other deadlines in the case.

STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADING
Page 1 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | SHISHIDO TAREN GOLDSWORTHY | CORR CRONIN LLP |
| 2 | | |
| 3 | *s/ Jordan A. Taren (per email authorization)* | *s/ Blake Marks-Dias* |
| 4 | Jordan A. Taren, WSBA No. 50066<br>705 Second Avenue, Suite 1500 | Blake Marks-Dias, WSBA No. 28169<br>Victoria E. Ainsworth, WSBA No. 49677 |
| 5 | Seattle, WA 98104<br>(206) 622-1604 Phone | 1015 Second Avenue, Floor 10<br>Seattle, Washington 98104 |
| 6 | jtaren@shishidotaren.com | (206) 625-8600 Phone<br>(206) 625-0900 Fax |
| 7 | *s/ Linda D. Friedman (per email authorization)*<br>Linda D. Friedman ((Admitted *PHV*) | bmarksdias@corrcronin.com<br>tainsworth@corrcronin.com |
| 8 | STOWELL & FRIEDMAN, LTD.<br>303 W. Madison Street, Suite 2600 | |
| 9 | Chicago, IL 60606<br>(312) 431-0888 Phone | |
| 10 | (312) 431-0228 Fax<br>lfriedman@sfltd.com | Cardelle Bratton Spangler, *Admitted Pro Hac Vice* |
| 11 | *Attorneys for Plaintiff* | WINSTON & STRAWN LLP<br>35 West Wacker Drive |
| 12 | | Chicago, IL 60601<br>(312) 558-5600 Phone |
| 13 | | (312) 558-5700 Fax<br>CSpangler@winston.com |
| 14 | | |
| 15 | | Whitney Williams, *Admitted Pro Hac Vice* |
| 16 | | WINSTON & STRAWN LLP<br>333 S. Grand Avenue, 38th Floor |
| 17 | | Los Angeles, CA 90071-1543<br>(213) 615-1700 Phone |
| 18 | | (213) 615-1750 Fax<br>WhWilliams@winston.com |
| 19 | | |
| 20 | | *Attorneys for Defendants* |

STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING
Page 2 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

THIS MATTER having come before the Court on the agreed motion of the parties, the Court GRANTS this unopposed motion to extend the April 19, 2024 responsive pleading deadline to May 3, 2024.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
HONORABLE TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING
Page 3 - 3:23-cv-06150

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

SHISHIDO TAREN GOLDSWORTHY

*s/ Jordan A. Taren (per email authorization)*
Jordan A. Taren, WSBA No. 50066
705 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 622-1604 Phone
jtaren@shishidotaren.com

*s/ Linda D. Friedman (per email authorization)*
Linda D. Friedman ((Admitted *PHV*)
STOWELL & FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADING
Page 4 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900