1

2

3

4

5

6

7

8

9

10

HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12

13

14

15

16

JUSTIN FRANKS,

Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC;
GRACENOTE, INC.; JOHN DOES 1-10,

Defendants.

No. 3:23-cv-06150

**STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO FILE
RESPONSIVE PLEADING**

NOTE ON MOTION CALENDAR:
April 18, 2024

17

18

19

20

21

22

23

24

25

## STIPULATION

The parties to this action, by and through their undersigned counsel, respectfully stipulate to the following: On April 2, 2024, Plaintiff filed his Second Amended Complaint ("SAC"). Pursuant to the Court's March 29, 2024 Order, Defendants' responsive pleading deadline is twenty-one days after March 29, 2024, which is April 19, 2024. Defendants require a short extension of time from the April 19 deadline to adequately prepare their response to the SAC. Defendants request a short extension through and including May 3, 2024 for that purpose. Plaintiff does not oppose this stipulation. This stipulation is not for the purpose of delay and will not affect any other deadlines in the case.

STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADING
Page 1 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2

SHISHIDO TAREN GOLDSWORTHY

3

*s/ Jordan A. Taren (per email authorization)*
Jordan A. Taren, WSBA No. 50066

4

705 Second Avenue, Suite 1500
Seattle, WA  98104

5

(206) 622-1604 Phone
jtaren@shishidotaren.com

6

*s/ Linda D. Friedman (per email authorization)*

7

Linda D. Friedman ((Admitted *PHV*)
STOWELL & FRIEDMAN, LTD.

8

303 W. Madison Street, Suite 2600
Chicago, IL  60606

9

(312) 431-0888 Phone
(312) 431-0228 Fax

10

lfriedman@sfltd.com

11

*Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADING
Page 2 - 3:23-cv-06150

## <u>ORDER</u>

THIS MATTER having come before the Court on the agreed motion of the parties, the

Court GRANTS this unopposed motion to extend the April 19, 2024 responsive pleading

deadline to May 3, 2024.

IT IS SO ORDERED.


DATED this 19th day of April, 2024.


_____

TIFFANY M. CARTWRIGHT

United States District Judge

Presented by:

 CORR CRONIN LLP


*s/ Blake Marks-Dias*

Blake Marks-Dias, WSBA No. 28169

Victoria E. Ainsworth, WSBA No. 49677

1015 Second Avenue, Floor 10

Seattle, Washington  98104

(206) 625-8600 Phone

(206) 625-0900 Fax

bmarksdias@corrcronin.com

tainsworth@corrcronin.com


Cardelle Bratton Spangler, *Admitted Pro Hac Vice*

WINSTON & STRAWN LLP

35 West Wacker Drive

Chicago, IL 60601

(312) 558-5600 Phone

(312) 558-5700 Fax

CSpangler@winston.com


STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADING
Page 3 - 3:23-cv-06150

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

SHISHIDO TAREN GOLDSWORTHY


s/ Jordan A. Taren (per email authorization)
Jordan A. Taren, WSBA No. 50066
705 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 622-1604 Phone
jtaren@shishidotaren.com

s/ Linda D. Friedman (per email authorization)
Linda D. Friedman ((Admitted *PHV*)
STOWELL & FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE RESPONSIVE PLEADING
Page 4 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900