HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

                Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,

                Defendants.

No. 3:23-cv-06150-TMC

**(PROPOSED) ORDER GRANTING DEFENDANTS THE NIELSEN COMPANY (US), LLC AND GRACENOTE, INC.'S MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS**

## **ORDER**

Having read and considered Defendants The Nielsen Company (US), LLC and Gracenote, Inc.'s Motion to Compel Arbitration, Or In The Alternative, Motion To Dismiss counts seven and eight of the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the pleadings and papers filed in support of and in response to the Motion, and good cause appearing, IT IS HEREBY ORDERED THAT:

_____ the Motion to Compel Arbitration is GRANTED. The action is stayed pending arbitration.

**OR**

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS
Page 1 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

_____ the Motion to Dismiss counts seven and eight of the Second Amended Complaint is GRANTED with prejudice.

**IT IS SO ORDERED**

DATED this \_\_\_\_\_ day of _____ 2024.

_____
HON. TIFFANY M. CARTWRIGHT

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
cspangler@winston.com

Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS
Page 2 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1. (213) 615-1700 Phone
2. (213) 615-1750 Fax
   whwilliams@winston.com
3.
4. *Attorneys for Defendants*
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS
Page 3 - 3:23-cv-06150

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900