# EXHIBIT B


gracenote.

# New Employee Checklist

**EMPLOYEE INFORMATION**
Name: Franks, Justin.
Hire Date: 10/12/2015
Termination Date:
Purge Date:

100 operations
☑ oracle

**Employee signed documents prior to employment.**

☑ Offer Letter

☑ Job Description

☑ Employee Patent and Confidential Information Agreement (Exhibit A)

**Employees must submit to HR the listed documents (signed) within 7 business days of employment.**

☑ Acknowledgement of Receipt (Employee Handbook)

☑ Agreement to Arbitration of Disputes

☑ Certification of Compliance – Conflicts of Interest (Exhibit B)

**Employer representative must complete Section 2. of I-9 within 3 business day of employees first day of employment.**

☑ I-9 (file separately)

☑ Oracle 100

Employer Representative: [signature]

Date: 10/13/2015