HONORABLE TIFFANY M. CARTWRIGHT

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

JUSTIN FRANKS,

Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC;
GRACENOTE, INC.; JOHN DOES 1-10,

Defendants.

No. 3:23-cv-06150

**STIPULATED MOTION TO EXTEND
DEADLINE FOR JOINT STATUS
REPORT AND RULE 26 INITIAL
DISCLOSURES**

NOTE ON MOTION CALENDAR:
May 16, 2024

The parties to this action, by and through their undersigned counsel, respectfully submit this joint motion as follows:

1.  On March 8, 2024, Plaintiff filed his First Amended Complaint. ECF No. 15.

2.  On April 2, 2024, Plaintiff filed his Second Amended Complaint to add Title VII claims after exhausting administrative remedies. ECF No. 21.

3.  On May 3, 2024, Defendants filed a Motion to Compel Arbitration, or In the Alternative, to Dismiss. ECF No. 24.

Stipulated Motion for Leave
to Extend Deadline
3:23-cv-06150
Page 1

1

2        4.      Plaintiff and Defendants respectfully request that this Court reset the due date

3   for the parties' Joint Status Report and Rule 26 Initial Disclosures until after the Court has

4   resolved the pending Motion to Compel Arbitration.

5        5.      If Defendants' Motion to Compel Arbitration is granted, then there may be no

6   need for these filings.

7        6.      If Defendants' Motion to Compel Arbitration is denied, the parties respectfully

8   request that the Court grant them 21 days after the relevant order is entered to file their Joint

9   Status Report and exchange Rule 26 Initial Disclosures.

10

11  Respectfully submitted this 16th day of May 2024:

12  STOWELL & FRIEDMAN, LTD.                    CORR CRONIN LLP

13  /s/ Linda Friedman                          /s/ Blake Mark-Dias
    Linda D. Friedman ((Admitted *PHV*)         Blake Marks-Dias, WSBA No. 28169
14  303 W. Madison Street, Suite 2600           Victoria E. Ainsworth, WSBA No. 49677
    Chicago, IL  60606                          1015 Second Avenue, Floor 10
15  (312) 431-0888 Phone                        Seattle, Washington 98104
    (312) 431-0228 Fax                          (206) 625-8600 Phone
16  lfriedman@sfltd.com                         (206) 625-0900 Fax
                                                bmarksdias@corrcronin.com
17                                              tainsworth@corrcronin.com
18  Jordan A. Taren, WSBA No. 50066
    SHISHIDO TAREN GOLDSWORTHY
19  705 Second Avenue, Suite 1500
    Seattle, WA  98104                          Cardelle Bratton Spangler, *Admitted Pro Hac*
20  (206) 622-1604 Phone                        *Vice*
    jtaren@shishidotaren.com                    WINSTON & STRAWN LLP
21                                              35 West Wacker Drive
    *Attorneys for Plaintiff*                   Chicago, IL 60601
22                                              (312) 558-5600 Phone
                                                (312) 558-5700 Fax
23                                              CSpangler@winston.com
24
25                                              Whitney Williams, *Admitted Pro Hac Vice)*

Stipulated Motion for Leave                              **CORR CRONIN LLP**
to Extend Deadline                              1015 Second Avenue, Floor 10
3:23-cv-06150                                   Seattle, Washington 98104-1001
Page 2                                          Tel (206) 625-8600
                                                Fax (206) 625-0900

WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## __ORDER__

THIS MATTER having come before the Court on the agreed motion of the parties, the Court hereby orders that the parties' deadline to file a Joint Status Report and exchange Rule 26 Initial Disclosures is reset to 21 days after the Court rules on Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss. Defendants and Plaintiff met and conferred and jointly agree to this motion.

IT IS SO ORDERED.


DATED this ____ day of _____, 2024.


_____
HONORABLE TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*_____
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone

Stipulated Motion for Leave
to Extend Deadline
3:23-cv-06150
Page 4

1

(312) 558-5700 Fax
CSpangler@winston.com

2

3

Whitney Williams, *Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP

4

333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

5

(213) 615-1700 Phone
(213) 615-1750 Fax

6

WhWilliams@winston.com

7

*Attorneys for Defendants*

8

STOWELL & FRIEDMAN, LTD.

9

/s/ Linda Friedman

10

Linda D. Friedman ((Admitted *PHV*)
303 W. Madison Street, Suite 2600

11

Chicago, IL  60606
(312) 431-0888 Phone

12

(312) 431-0228 Fax
lfriedman@sfltd.com

13

SHISHIDO TAREN GOLDSWORTHY

14

Jordan A. Taren, WSBA No. 50066

15

705 Second Avenue, Suite 1500
Seattle, WA  98104

16

(206) 622-1604 Phone
jtaren@shishidotaren.com

17

18

*Attorneys for Plaintiff*

19

20

21

22

23

24

25