HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN FRANKS,<br><br>      Plaintiff,<br><br> v.<br><br>THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,<br><br>      Defendants. | No. 3:23-cv-06150-TMC<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT AND RULE 26 INITIAL DISCLOSURES** |

The parties to this action, by and through their undersigned counsel, respectfully submit this joint motion as follows:

1. On March 8, 2024, Plaintiff filed his First Amended Complaint. ECF No. 15.

2. On April 2, 2024, Plaintiff filed his Second Amended Complaint to add Title VII claims after exhausting administrative remedies. ECF No. 21.

3. On May 3, 2024, Defendants filed a Motion to Compel Arbitration, or In the Alternative, to Dismiss. ECF No. 24.

Stipulated Motion for Leave to Extend Deadline
3:23-cv-06150-TMC
Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4. Plaintiff and Defendants respectfully request that this Court reset the due date for the parties' Joint Status Report and Rule 26 Initial Disclosures until after the Court has resolved the pending Motion to Compel Arbitration.

5. If Defendants' Motion to Compel Arbitration is granted, then there may be no need for these filings.

6. If Defendants' Motion to Compel Arbitration is denied, the parties respectfully request that the Court grant them 21 days after the relevant order is entered to file their Joint Status Report and exchange Rule 26 Initial Disclosures.

Respectfully submitted this 16th day of May 2024:

STOWELL & FRIEDMAN, LTD.

/s/ Linda Friedman
Linda D. Friedman ((Admitted *PHV*)
303 W. Madison Street, Suite 2600
Chicago, IL 60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com


Jordan A. Taren, WSBA No. 50066
SHISHIDO TAREN GOLDSWORTHY
705 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 622-1604 Phone
jtaren@shishidotaren.com

*Attorneys for Plaintiff*

CORR CRONIN LLP

/s/ Blake Mark-Dias
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com


Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com


Whitney Williams, *Admitted Pro Hac Vice)*

Stipulated Motion for Leave
to Extend Deadline
3:23-cv-06150-TMC
Page 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

Stipulated Motion for Leave
to Extend Deadline
3:23-cv-06150-TMC
Page 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

THIS MATTER having come before the Court on the agreed motion of the parties, the Court hereby orders that the parties' deadline to file a Joint Status Report and exchange Rule 26 Initial Disclosures is reset to 21 days after the Court rules on Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss. Defendants and Plaintiff met and conferred and jointly agree to this motion.

IT IS SO ORDERED.

DATED this 17th day of May, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

Cardelle Bratton Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone

Stipulated Motion for Leave to Extend Deadline
3:23-cv-06150-TMC
Page 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  (312) 558-5700 Fax
   CSpangler@winston.com
2
3  Whitney Williams, *Admitted Pro Hac Vice)*
   WINSTON & STRAWN LLP
4  333 S. Grand Avenue, 38th Floor
   Los Angeles, CA 90071-1543
5  (213) 615-1700 Phone
   (213) 615-1750 Fax
6  WhWilliams@winston.com

7
   *Attorneys for Defendants*
8
   STOWELL & FRIEDMAN, LTD.
9
   /s/ Linda Friedman
10 Linda D. Friedman ((Admitted *PHV*)
   303 W. Madison Street, Suite 2600
11 Chicago, IL  60606
   (312) 431-0888 Phone
12 (312) 431-0228 Fax
   lfriedman@sfltd.com
13
   SHISHIDO TAREN GOLDSWORTHY
14
   Jordan A. Taren, WSBA No. 50066
15 705 Second Avenue, Suite 1500
   Seattle, WA  98104
16 (206) 622-1604 Phone
   jtaren@shishidotaren.com
17

18 *Attorneys for Plaintiff*

19

20

21

22

23

24

25

Stipulated Motion for Leave
to Extend Deadline
3:23-cv-06150-TMC
Page 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900