HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN FRANKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,<br><br>　　　　　Defendants. | No. 3:23-cv-06150-TMC<br><br>**STIPULATED MOTION FOR EXTENSION OF RESPONSE AND REPLY DEADLINES FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Note on Motion Calendar: May 23, 2024 |

　　　　The parties to this action, by and through their undersigned counsel, respectfully submit this joint motion as follows:

　　　　1.　　On May 3, 2024, Defendants filed a Motion to Compel Arbitration, Or In The Alternative, Motion To Dismiss, and exhibits. EFC Nos. 24, 25, 26, 26-1, 26-2.

　　　　2.　　Thereafter, Plaintiff contacted Defendants to request an in-person inspection of documents referenced in an exhibit to Defendants' motion.

　　　　3.　　The parties need additional time to meet and confer regarding Plaintiff's in-person viewing request.

　　　　4.　　To facilitate same, the parties agreed that the deadline for Plaintiff's response to Defendants' motion should be extended until June 14, 2024, and that the deadline for Defendants' reply should be extended until June 28, 2024.

Motion for Extension
No. 3:23-cv-06150
Page 1

**STOWELL & FRIEDMAN, LTD.**
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

5.  Accordingly, the parties respectfully request that the Court enter an order resetting the deadlines for Plaintiff's response and Defendants' reply to Defendants' Motion to Compel Arbitration, Or In The Alternative, Motion To Dismiss, to the aforementioned dates.

Respectfully submitted this 23rd day of May, 2024:

| | |
|---|---|
| STOWELL & FRIEDMAN, LTD. | CORR CRONIN LLP |
| /s/ Linda Friedman<br>Linda D. Friedman ((Admitted *PHV*)<br>303 W. Madison Street, Suite 2600<br>Chicago, IL  60606<br>(312) 431-0888 Phone<br>(312) 431-0228 Fax<br>lfriedman@sfltd.com | /s/ Blake Mark-Dias<br>Blake Marks-Dias, WSBA No. 28169<br>Victoria E. Ainsworth, WSBA No. 49677<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>bmarksdias@corrcronin.com<br>tainsworth@corrcronin.com |
| SHISHIDO TAREN GOLDSWORTHY | |
| /s/ Jordan A. Taren<br>Jordan A. Taren, WSBA No. 50066<br>705 Second Avenue, Suite 1500<br>Seattle, WA  98104<br>(206) 622-1604 Phone<br>jtaren@shishidotaren.com | WINSTON & STRAWN LLP<br><br>Cardelle Bratton Spangler<br>*Admitted Pro Hac Vice*<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600 Phone<br>(312) 558-5700 Fax<br>CSpangler@winston.com |
| *Attorneys for Plaintiff* | Whitney Williams<br>*Admitted Pro Hac Vice*<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>(213) 615-1700 Phone<br>(213) 615-1750 Fax<br>WhWilliams@winston.com<br><br>*Attorneys for Defendant* |

Motion for Extension
No. 3:23-cv-06150
Page 2

**STOWELL & FRIEDMAN, LTD.**
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

## ORDER

THIS MATTER having come before the Court on the stipulated motion of the parties, the Court hereby orders that the Plaintiff's response brief to Defendants' Motion to Compel Arbitration, Or In The Alternative, To Dismiss, is due on June 14, 2024, and Defendants' reply brief is due on June 28, 2024. Defendants and Plaintiff met and conferred and jointly agree to this motion.

IT IS SO ORDERED.

DATED this 24th day of May, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

STOWELL & FRIEDMAN, LTD.

/s/ Linda Friedman
Linda D. Friedman ((Admitted *PHV*)
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com


SHISHIDO TAREN GOLDSWORTHY

/s/ Jordan A. Taren
Jordan A. Taren, WSBA No. 50066
705 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 622-1604 Phone
jtaren@shishidotaren.com

CORR CRONIN LLP

/s/ Blake Mark-Dias
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com


WINSTON & STRAWN LLP

Cardelle Bratton Spangler
*Admitted Pro Hac Vice*
35 West Wacker Drive

Motion for Extension
No. 3:23-cv-06150
Page 3

**STOWELL & FRIEDMAN, LTD.**
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

*Attorneys for Plaintiff*

Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

Whitney Williams
*Admitted Pro Hac Vice*
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

Motion for Extension
No. 3:23-cv-06150
Page 4

STOWELL & FRIEDMAN, LTD.
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888