HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN FRANKS,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,<br><br>                    Defendants. | No. 3:23-CV-06150<br><br>**SECOND STIPULATED MOTION FOR EXTENSION OF OPPOSITION AND REPLY DEADLINES ON DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Note on Motion Calendar: June 14, 2024 |

The parties to this action, by and through their undersigned counsel, respectfully submit this agreed motion as follows:

1.    On May 3, 2024, Defendants filed a Motion to Compel Arbitration, Or In The Alternative, Motion To Dismiss, and exhibits. EFC Nos. 24, 25, 26, 26-1, 26-2.

2.    Thereafter, Plaintiff contacted Defendants to request an in-person inspection of documents referenced in an exhibit to Defendants' motion.

3.    On May 23, 2024, the parties filed a stipulated motion requesting to extend the deadline for the opposition brief until June 14, 2024, and the deadline for the reply brief until June 28, 2024, in order to permit time to address Plaintiff's request. ECF No. 29. The Court granted this motion. ECF No. 30.

Motion for Extension
No. 3:23-cv-06150
Page 1

**STOWELL & FRIEDMAN, LTD.**
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

4. On June 6, 2024, Defendants made available the documents requested by Plaintiff and Plaintiff conducted an in-person inspection thereof.

5. Plaintiff had anticipated being able to file and submit to the Court his opposition to Defendants' Motion To Compel Arbitration, Or In The Alternative, Motion To Dismiss on today's deadline. However, due the partners in the firm being involved in an out-of-state class action mediation this week, among other professional obligations, they were not able to meet the deadline. Plaintiff respectfully requests an additional 14 days to file his opposition.

6. Accordingly, the parties have agreed that the deadline for Plaintiff's opposition to Defendants' motion should be extended until June 28, 2024, and that the deadline for Defendants' reply should be extended until July 19, 2024.

7. The parties respectfully request that the Court enter an order resetting the deadlines for Plaintiff's opposition and Defendants' reply to Defendants' Motion to Compel Arbitration, Or In The Alternative, Motion to Dismiss, to the aforementioned dates.

Respectfully submitted this 14th day of June, 2024:

| STOWELL & FRIEDMAN, LTD. | CORR CRONIN LLP |
|---|---|
| */s/ Linda D. Friedman* <br> Linda D. Friedman ((Admitted *PHV*) <br> 303 W. Madison Street, Suite 2600 <br> Chicago, IL  60606 <br> (312) 431-0888 Phone <br> (312) 431-0228 Fax <br> lfriedman@sfltd.com <br><br> SHISHIDO TAREN GOLDSWORTHY <br><br> */s/ Jordan A. Taren* <br> Jordan A. Taren, WSBA No. 50066 <br> 705 Second Avenue, Suite 1500 <br> Seattle, WA  98104 | */s/ Blake Mark-Dias* <br> Blake Marks-Dias, WSBA No. 28169 <br> Victoria E. Ainsworth, WSBA No. 49677 <br> 1015 Second Avenue, Floor 10 <br> Seattle, Washington 98104 <br> (206) 625-8600 Phone <br> (206) 625-0900 Fax <br> bmarksdias@corrcronin.com <br> tainsworth@corrcronin.com <br> WINSTON & STRAWN LLP <br><br> */s/ Cardelle Bratton Spangler* |

Motion for Extension
No. 3:23-cv-06150
Page 2

**STOWELL & FRIEDMAN, LTD.**
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

(206) 622-1604 Phone
jtaren@shishidotaren.com

*Attorneys for Plaintiff*

Cardelle Bratton Spangler
*Admitted Pro Hac Vice*
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

Whitney Williams
*Admitted Pro Hac Vice*
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendant*

Motion for Extension
No. 3:23-cv-06150
Page 3

STOWELL & FRIEDMAN, LTD.
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

# ORDER

THIS MATTER having come before the Court on the stipulated motion of the parties, the Court hereby orders that the Plaintiff's response brief to Defendants' Motion to Compel Arbitration, Or In The Alternative, To Dismiss, is due on June 28, 2024, and Defendants' reply brief is due on July 19, 2024. Defendants and Plaintiff met and conferred and jointly agree to this motion.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
HONORABLE TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

STOWELL & FRIEDMAN, LTD.

*/s/ Linda Friedman*
Linda D. Friedman ((Admitted *PHV*)
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com

SHISHIDO TAREN GOLDSWORTHY

*/s/ Jordan A. Taren*
Jordan A. Taren, WSBA No. 50066
705 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 622-1604 Phone
jtaren@shishidotaren.com

*Attorneys for Plaintiff*

CORR CRONIN LLP

*/s/ Blake Mark-Dias*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
tainsworth@corrcronin.com

WINSTON & STRAWN LLP

*/s/ Cardelle Bratton Spangler*
Cardelle Bratton Spangler
*Admitted Pro Hac Vice*
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

Motion for Extension
No. 3:23-cv-06150
Page 4

**STOWELL & FRIEDMAN, LTD.**
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Whitney Williams
*Admitted Pro Hac Vice*
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

Motion for Extension
No. 3:23-cv-06150
Page 5

STOWELL & FRIEDMAN, LTD.
303 West Madison Street, Suite 2600
Chicago, Illinois 60606
(312) 431-0888