# Exhibit A

## ACKNOWLEDGEMENT OF RECEIPT

Employee Name: __JUSTIN FRANKS__

**PLEASE READ THE EMPLOYEE HANDBOOK WITHIN ONE WEEK OF RECEIPT, SIGN AND DATE THIS PAGE, AND RETURN THIS PAGE TO HUMAN RESOURCES.**

I acknowledge that I have received and read a copy of the Company's Employee Handbook ("Handbook"). I understand that I am responsible for knowing and adhering to the policies set forth in the Handbook during my employment with Gracenote, Inc. ("Gracenote" or "Company") or with any of its subsidiaries.

I understand that the policies contained in the Handbook are not intended to create any contractual rights or obligations. I further understand that the Company reserves the right to amend, interpret, modify, or withdraw any portion of this Handbook at any time, with the exception of the Company's at-will employment and binding arbitration policies contained herein. I understand and agree that if the terms of this Acknowledgment are inconsistent with any policy or practice of the Company now or in the future, the terms of this Acknowledgment shall control.

I further understand and agree that my relationship with the Company is "at will," which means that my employment is for no definite period and may be terminated by me or by the Company at any time and for any reason, or no reason, with or without cause or advance notice. I understand that no policy, statement, conduct, or action on the part of the Company or any Company personnel may alter or waive the at-will nature of my employment at any time or under any circumstances. I understand that in the absence of a writing signed by me and by either the President and/or the CFO which expressly provides for employment for a specified term, no policy, practice, procedure, statement, or action of the Company or any individual at the Company may alter, modify, or waive the at-will nature of employment with the Company in any way or at any time.

I acknowledge that I have carefully read the Handbook, including the Agreement to Arbitration of Disputes contained in this Handbook, and this Acknowledgment, and I understand and agree to the terms contained in each. Finally, I agree that this Acknowledgment contains a full and complete statement of the agreements and understandings that it recites, and I agree that this Acknowledgment supersedes all previous agreements, whether written or oral, express or implied, relating to the subjects covered in this Acknowledgment.

DATE: __10/12/2015__          _____
                              Employee

DATE: _____          _____
                              On behalf of the Company

Gracenote Confidential

ii