The Honorable Tiffany Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

    Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC et al.,

    Defendants.

No. 3:23-cv-06150-TMC

**JOINT STATUS REPORT**

Pursuant to the Court's March 6, 2025 Minute Order (Dkt. 37), the parties submit this Joint Status Report as ordered by the Court.

1. After the Court granted Defendants' Motion to Compel Arbitration (Dkt. 36), Plaintiff Justin Franks filed his claims of unlawful race discrimination and retaliation with Arbitration Dispute Resolution Services, Inc ("ADRS"). (ADRS Case No. 24-7121-EMG.)

2. The Arbitrator held a Management Conference call on January 28, 2025, and afterward issued an order setting the rules for arbitration and setting the due date for initial disclosures as March 14, 2025.

3. The parties are currently in the discovery process.

4. The parties have a status conference with the Arbitrator set for March 14, 2025, wherein the parties expect to set a hearing date and interim deadlines.

DATED this 14th day of March, 2025.

STOWELL & FRIEDMAN, LTD.
Linda D. Friedman, *Admitted Pro Hac Vice*
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com

*Attorney for Plaintiff*

Cardelle B. Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

*Attorney for Defendants*