DATED this 14th day of March, 2025.

/s/ Linda D. Friedman
STOWELL & FRIEDMAN, LTD.
Linda D. Friedman, *Admitted Pro Hac Vice*
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com

*Attorney for Plaintiff*

/s/ Cardelle B. Spangler
Cardelle B. Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

*Attorney for Defendants*