HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN FRANKS,<br><br>Plaintiff,<br><br>v.<br><br>THE NIELSEN COMPANY (US), LLC; GRACENOTE, INC.; JOHN DOES 1-10,<br><br>Defendants. | No. 3:23-cv-06150-TMC<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE THAT Victoria E. Ainsworth of Corr Cronin LLP hereby withdraws as counsel of record on behalf of Defendants The Nielsen Company (US), LLC; and Gracenote, Inc. ("Defendants").

Blake Marks-Dias of Corr Cronin LLP, Cardelle Bratton Spangler and Whitney Williams of Winston & Strawn LLP shall remain as counsel of record for Defendants.

//

//

NOTICE OF WITHDRAWAL OF COUNSEL – 1
No. 3:23-cv-06150-TMC

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  DATED this 26th day of June, 2025.

| WITHDRAWING ATTORNEY | REMAINING ATTORNEYS |
|---|---|
| CORR CRONIN LLP | CORR CRONIN LLP |
| *s/ Victoria E. Ainsworth* | *s/ Blake Marks-Dias* |
| Victoria E. Ainsworth, WSBA No. 49677 | Blake Marks-Dias, WSBA No. 28169 |
| 1015 Second Avenue, Floor 10 | CORR CRONIN LLP |
| Seattle, WA  98104-1001 | 1015 Second Avenue, Floor 10 |
| (206) 625-8600 Phone | Seattle, WA  98104-1001 |
| tainsworth@corrcronin.com | (206) 625-8600 Phone |
|  | bmarksdias@corrcronin.com |

Cardelle B. Spangler (Admitted Pro Hac Vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

Whitney Williams (Admitted Pro Hac Vice)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700 Phone
(213) 615-1750 Fax
WhWilliams@winston.com

*Attorneys for Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL – 2
No. 3:23-cv-06150-TMC

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900