The Honorable Tiffany Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS,

    Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC et al.,

    Defendants.

No. 3:23-cv-06150-TMC

JOINT STATUS REPORT

       Pursuant to the Court's September 16, 2025 Minute Order (Dkt. 44), the parties submit this Joint Status Report as ordered by the Court.

       1.    After the Court granted Defendants' Motion to Compel Arbitration (Dkt. 36), Plaintiff Justin Franks filed his claims of unlawful race discrimination and retaliation with Arbitration Dispute Resolution Services, Inc ("ADRS"). (ADRS Case No. 24-7121-EMG.)

       2.    The parties are currently in the discovery process in arbitration

       3.    The parties have been exchanging discovery and negotiating discovery issues in good faith and are moving the dispute forward.

       4.    The parties held a status conference with the Arbitrator on October 20, 2025, wherein the parties discussed setting a schedule for dispositive motions and setting a hearing date in Summer or Fall of 2026.

JOINT STATUS REPORT
Page 1

5. Though a hearing date has not yet been finalized, the parties proposed hearing dates in July 2026 and are waiting for confirmation from the Arbitrator. The parties in any event anticipate completing the hearing no later than Fall 2026.

6. The parties respectfully request to update the Court in 180 days regarding their progress in arbitration.

DATED this 14th day of January, 2026.

/s/ Linda D. Friedman
STOWELL & FRIEDMAN, LTD.
Linda D. Friedman, *Admitted Pro Hac Vice*
303 W. Madison Street, Suite 2600
Chicago, IL  60606
(312) 431-0888 Phone
(312) 431-0228 Fax
lfriedman@sfltd.com

*Attorney for Plaintiff*

/s/ Cardelle B. Spangler
Cardelle B. Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
cspangler@winston.com

*Attorney for Defendants*