The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA

JUSTIN FRANKS,

    Plaintiff,

v.

THE NIELSEN COMPANY (US), LLC,
GRACENOTE, INC., JOHN DOES 1-10,

    Defendants.

**Case No. 3:23-cv-06150-TMC**

**NOTICE OF CHANGE OF FIRM NAME**

NOTICE OF CHANGE OF FIRM NAME (Case No. 3:23-cv-06150-TMC)

-1-

WINSTON TAYLOR LLP
300 N. LaSalle Drive
Chicago, IL 60654-3406

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that effective immediately the law firm of WINSTON & STRAWN LLP has changed its name to WINSTON TAYLOR LLP.  The firm's address, telephone and fax numbers will remain the same.


Dated:  June 11, 2026                    WINSTON TAYLOR LLP


By s/ *Cardelle Spangler*
   Cardelle Spangler
   300 N. LaSalle Drive
   Chicago, IL 60654-3406
   Phone: (312) 558-5600; Fax: (312) 558-5700
   E-mail:  Cardelle.Spangler@winstontaylor.com


*Attorneys for Defendants*
*THE NIELSEN COMPANY (US), LLC and*
*GRACENOTE, INC.*

NOTICE OF CHANGE OF FIRM NAME (Case No. 3:23-cv-06150-TMC)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 11th day of June, 2026.

By:   *s/Cardelle Spangler*
Cardelle Spangler

NOTICE OF CHANGE OF FIRM NAME (Case No. 3:23-cv-06150-TMC)

-3-

WINSTON TAYLOR LLP
300 N. LaSalle Drive
Chicago, IL 60654-3406