**The Honorable Tiffany Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN FRANKS

    Plaintiff,

  v.

THE NIELSEN COMPANY (US), LLC et al.,

    Defendants.

No. 3:23-cv-06150-TMC

JOINT STATUS REPORT

    Pursuant to the Court's January 15, 2026 Order (Dkt. 46), the parties submit this Joint Status Report as ordered by the Court.

    1.  After the Court granted Defendants' Motion to Compel Arbitration (Dkt. 36), Plaintiff Justin Franks filed his claims of unlawful race discrimination and retaliation with Arbitration Dispute Resolution Services, Inc ("ADRS"). (ADRS Case No. 24-7121-EMG.)

    2.  The arbitration is ongoing. The parties are currently in the discovery process.

    3.  The parties were unable to resolve some discovery disputes, resulting in cross-filings of motions to compel. The motions were ruled on in part or under further consideration in part.

    4.  The parties have a status conference with the Arbitrator set for August 5, 2026, wherein the parties expect to set a hearing date and discuss remaining discovery issues.

    DATED this 16th of July, 2026.

    /s/ Linda D. Friedman
    STOWELL & FRIEDMAN, LTD.
    Linda D. Friedman, *Admitted Pro Hac Vice*
    303 W. Madison Street, Suite 2600
    Chicago, IL  60606
    (312) 431-0888 Phone
    (312) 431-0228 Fax

JOINT STATUS REPORT
Page 1

lfriedman@sfltd.com

*Attorney for Plaintiff*

<u>/s/ Cardelle B. Spangler</u>
Cardelle B. Spangler, *Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Phone
(312) 558-5700 Fax
CSpangler@winston.com

*Attorney for Defendants*

JOINT STATUS REPORT
Page 2